AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|----------|-------------|----------|

Ouida Click

V.

Merck & Co., Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   MDL  1:06-MD-1789 (JFK)

# 07 CIV 9559

TO: (Name and address of Defendant)

Merck & Co., Inc.
One Merck Drive
P.O. Box 100
Whitehouse Station, NJ

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Miller, Curtis & Weisbrod
11551 Forest Central, Suite 300
Dallas, TX 75243

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 2 3 2007,

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 11/13/2007 |
| NAME OF SERVER *(PRINT)*  Kimberly Walker | TITLE  Legal Secretary | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Certified Mail No. 7006 2760 0005 0873 6229

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/10/2008
           Date

*Signature of Server*
MILLER, CURTIS & WEISBROD, L.L.P.
P.O. BOX 821329
DALLAS, TX 75382-1329

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE®**

Home | Help |

Track & Confirm    F .

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0005 0873 6229**
Status: **Delivered**

Your item was delivered at 6:36 AM on November 13, 2007 in NEW YORK, NY 10113.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

G

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA

